IN THE UNITED STATES COURT OF APEALS

FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE: VITAMIN C ANTITRUST LITIGATION | ) No. 13-4791-cv ) ) |
| ANIMAL SCIENCE PRODUCTS, INC. THE RANIS COMPANY, INC.<br><br>Plaintiffs-Appellees,<br><br>vs.<br><br>HEBEI WELCOME PHARMACEUTICAL CO., LTD., NORTH CHINA PHARMACEUTICAL GROUP CORPORATION<br><br>Defendants-Appellants. | ) ) **DECLARATION OF CARTER G.** ) **PHILLIPS IN SUPPORT OF THE** ) **MOTION OF** *AMICUS CURIAE* ) **MINISTRY OF COMMERCE OF** ) **THE PEOPLE'S REPUBLIC OF** ) **CHINA REQUESTING JUDICIAL** ) **NOTICE** ) ) ) ) ) ) ) |

I, Carter G. Phillips, do hereby declare as follows:

1.  I am a partner in the law firm of Sidley Austin LLP and counsel for *amicus* The Ministry of Commerce of the People's Republic of China ("MOFCOM") in this matter. I submit this declaration in support of MOFCOM's motion requesting that the Court take judicial notice of a diplomatic correspondence between the Embassy for the People's Republic of China and the United States Department of State (the "Diplomatic Note").

2.  On May 14, 2014, I received an email message from Mr. Wang Xin, First Secretary of the Embassy of the People's Republic of China. The purpose of the

email was to convey to me, as counsel for MOFCOM, a copy of the Diplomatic Note.

3. A two-page document bearing the letterhead and seal of the Embassy of the People's Republic of China and dated April 9, 2014 was attached to the email.

4. The document attached as Appendix A to this Declaration is a true and correct copy of that document.

Executed in Washington, D.C., on May 23, 2014. I declare that the foregoing is true and correct, in accordance with 28 U.S.C. §1746.

/s/ Carter G. Phillips
Carter G. Phillips
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
*Attorneys for Amicus Curiae
Ministry of Commerce of the
People's Republic of China*