# A
# (APPENDIX)



中 华 人 民 共 和 国 大 使 馆
EMBASSY OF THE PEOPLE'S REPUBLIC OF CHINA
3505 International Place, N.W. Washington, D.C. 20008

CE027/14

The Embassy of the People's Republic of China presents its compliments to the Department of State of the United States of America and has the honor to inform the latter that the Chinese Government would like to call upon the U.S. Administration to note an appeal now pending in the United States Court of Appeals for the Second Circuit, No. 13-4791. In this case, two Chinese companies appeal from a judgment rendered by the U.S. Federal District Court in the Vitamin C Antitrust Litigation.

China has attached great importance to this case. The Chinese Ministry of Commerce submitted an amicus brief to the U.S. Federal District Court in June 2006. This brief, and two subsequent statements submitted by the Chinese Ministry of Commerce, described China's compulsory requirements concerning vitamin C exports and explicitly notified the U.S. Federal District Court that the conduct of the Chinese enterprises is a result of their obligations to comply with Chinese law requirements, instead of a conduct of their own volition.

China takes note that, according to U.S. law and judicial practice, a statement by a foreign government concerning its own domestic law must be regarded as "conclusive" in U.S. courts, or at least treated with considerable deference and respect. The U.S. Federal District Court stated, however, that it would not defer to the statements of the Chinese Ministry of Commerce and would instead make its own independent assessment of Chinese law. Based on this independent assessment, the U.S. Federal District Court determined, incorrectly, that defendants' conduct was voluntary.

The resulting judgment is contrary to the "foreign sovereign compulsion" doctrine of U.S. antitrust law, which provides complete immunity for acts committed within the borders of another sovereign if such acts are compelled by the laws of that sovereign, and is contrary to the act of state doctrine and international comity principles as well.

China calls upon the U.S. Administration to take note that the Chinese Ministry of Commerce will file an amicus brief to the Court of Appeals once more to reiterate the positions it stated regarding this litigation and to assist the Court of Appeals' consideration of the case. The Chinese Government urges the U.S. Administration also to file a brief in the Court of Appeals in support of China's positions. U.S. counsel for the Chinese Ministry of Commerce, located in Washington D.C., also has prepared a memorandum to assist the U.S. Administration in its consideration of this case.

The Embassy of the People's Republic of China avails itself of this opportunity to renew to the Department of State the assurances of its highest consideration.

Washington, DC, April 9, 2014

Department of State
United States of America
Washington DC

**Copy to: United States Court of Appeals for the Second Circuit**