# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand and fourteen.

_____

In Re: Vitamin C Antitrust Litigation
*****************************************
Animal Science Products, Inc., The Ranis Company, Inc.,

      Plaintiffs-Appellees,                    **ORDER**

      v.                                               Docket No. 13-4791

Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corporation,

      Defendants-Appellants.
_____

*Amicus* The Ministry of Commerce of the People's Republic of China has filed a motion requesting that the Court take judicial notice of a diplomatic communication from the Embassy of the People's Republic of China to the United States Department of State.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

                                  FOR THE COURT:

                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

